Christina Harper, Esq., AZB #020485
Alex Schulz, Esq., AZB #028480
THE MORTGAGE LAW FIRM, PC
2999 N. 44th Street, Suite 625
Phoenix, AZ 85018
Telephone: (623) 777-3827
Fax: (623) 201-4747
Christina.Harper@mtglawfirm.com
Alex.Schulz@mtglawfirm.com
Attorneys for Movant
TS #175252

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEAN MICHAEL HARRUM,<br><br>Debtor. | Case No. 2:20-bk-00322-PS<br><br>Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Movant,<br><br>v.<br><br>SEAN MICHAEL HARRUM, Debtor; and RUSSELL BROWN, Ch 13 Trustee,<br><br>Respondents. | **MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Re: Real Property Located at:<br>8520 W Palm Ln Unit 1004<br>Phoenix, AZ 85037 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. § 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by the Debtor in possession, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

1

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

## MEMORANDUM OF POINTS AND AUTHORITIES

On January 10, 2020, SEAN MICHAEL HARRUM ("Debtor") filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code. RUSSELL BROWN ("Trustee") was appointed trustee of the bankruptcy estate. The Trustee and bankruptcy estate have an interest in certain real property located in Maricopa County, at 8520 W Palm Ln Unit 1004 Phoenix, AZ 85037 , and more legally described as:

LOT 71, OF WESTFIELD I, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 300 OF MAPS, PAGE 45.

U.S. BANK NATIONAL ASSOCIATION, its successors and/or assigns ("Movant") is the holder or servicer of a Promissory Note which is secured by a Deed of Trust, dated May 30, 2017, and recorded in the Office of the Maricopa County Recorder's Office on May 31, 2017 as Document No. 20170397360 ("Deed of Trust"). The Deed of Trust was assigned to U.S. BANK NATIONAL ASSOCIATION by an Assignment of Mortgage recorded in Maricopa County as Document No. 20180102315. True copies of the Note, Deed of Trust and Assignment(s) are attached hereto as **Exhibits "A", "B" and "C,"** respectively, and made a part hereof by this reference.

Debtor is in default on his obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after December 1, 2023. The current default amount is set forth below:

| | |
|---|---:|
| 6 Monthly Payments at $690.35 each<br>(12/1/2023 thru 5/1/2024) | $4,142.10 |
| **TOTAL ARREARS:** | **$4,142.10** |

*To the extent Attorneys' Fees have been requested herein, the fees requested are based upon the Movant's fee schedule relating to Movant's loans. Any Attorneys' Fees requested herein have been reviewed and approved by the undersigned and are in compliance with the Bankruptcy Code and any applicable agreements and as required by the Court assigned to this matter.

Furthermore, a payment becomes due on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

Movant is informed and believes and therefore alleges that the Debtor and estate are not adequately protected based upon the Debtor's failure to make payments on a timely basis.

As of May 16, 2024 Debtor is indebted to the Movant in the total amount of $110,092.89, plus accruing interest, costs and attorneys' fees.

## **CONCLUSION**

Movant requests that the Court enter an order vacating the automatic stay of 11 U.S.C. § 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the Debtor, his bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor(s) and/or successors of Debtor(s); and to obtain ownership, possession and control of the Property. Movant further requests that any Order shall remain in effect in any bankruptcy chapter to which the Debtor(s) may convert. Movant requests the 14-day stay provided by bankruptcy rule 4001(a)(3) be waived by this bankruptcy court.

DATED this __9th__ day of __July_____, 20_24_.

                              /s/ Christina Harper
                              Christina Harper, Esq.
                              THE MORTGAGE LAW FIRM, PC
                              2999 N. 44th Street, Suite 625
                              Phoenix, AZ 85018
                              Attorneys for Movant