Christina Harper, Esq., AZB #020485
Alex Schulz, Esq., AZB #028480
THE MORTGAGE LAW FIRM, PC
2999 N. 44th Street, Suite 625
Phoenix, AZ 85018
Telephone: (623) 777-3827
Fax: (623) 201-4747
Christina.Harper@mtglawfirm.com
Alex.Schulz@mtglawfirm.com
Attorneys for Movant
TS #175252

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Michael Harrum,<br><br>                Debtor. | Case No. 2:20-bk-00322-PS<br><br>Chapter 13 |
| U.S. Bank National Association,<br><br>                Movant,<br><br>vs.<br><br>Sean Michael Harrum, Debtor; and Russell Brown, Ch 13 Trustee,<br><br>                Respondents. | **STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Re: Real Property Located at<br>8520 W Palm Ln, Unit 1004<br>Phoenix, AZ 85037<br><br><u>Current Hearing</u><br>Date: October 29, 2024<br>Time: 11:30 AM |

      U.S. Bank National Association ("Movant"), by and through its counsel of record, and Sean Michael Harrum ("Debtor"), by and through their counsel of record hereby submit the following:

      U.S. Bank National Association is seeking to continue the hearing as the servicer needs to amend the Proof of Claim, filed on March 6, 2020, to include post-petition arrears for

1

September 1, 2023, and October 1, 2023, pursuant to the Stipulated Order Confirming Third Modified Chapter 13 Plan. After the Proof of Claim is Amended, an updated payment history will allow us to determine if Debtor is current or if there continue to be past due payments. In addition, the Order Setting Preliminary Hearing on Motion for Relief From The Automatic Stay and Establishing Procedures For Presentation Of Evidence At Final Hearing was not timely served on the Respondents.

IT IS HEREBY STIPULATED that the hearing on Movant's Motion for Relief from the Automatic Stay hearing ("Motion") be continued for a minimum of 60 days from the current hearing date to allow time for the Amended Proof of Claim to be completed and the hearing to be properly noticed.

**RESPECTFULLY SUBMITTED** this  28th  day of October, 2024.

/s/     Christina Harper
Christina Harper, Esq.
THE MORTGAGE LAW FIRM, PC
*Attorney for Movant*

/s/   Jacob R. Goodman
Jacob R. Goodman
GOODMAN LAW PRACTICE PLC
*Attorney for Debtors*

| | |
|---|---|
| 1 | Original filed by ECF and COPIES mailed this <u>28th</u> day of October, 2024, to: |
| 2 | |
| 3 | |
| 4 | Debtor<br>Sean Michael Harrum |
| 5 | 8520 W. Palm Lane<br>Unit 1004 |
| 6 | Phoenix, Az 85037 |
| 7 | |
| 8 | Debtor's Counsel<br>Thomas Adams Mcavity |
| 9 | Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street |
| 10 | Skokie, Il 60076-2780 |
| 11 | |
| 12 | Trustee<br>Russell Brown |
| 13 | Chapter 13 Trustee<br>3838 N Central Ave |
| 14 | Ste 800 |
| 15 | Phoenix, Az 85012-1965 |
| 16 | U.S. Trustee |
| 17 | U.S. Trustee<br>Office Of The U.S. Trustee |
| 18 | 230 North First Avenue |
| 19 | Suite 204<br>Phoenix, Az 85003 |
| 20 | |
| 21 | |
| 22 | /s/ Izabelle Gutierrez |
| 23 |    Izabelle Gutierrez |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |